# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY A. SCOTT, *on behalf of herself and other similarly-situated employees*<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTONE CONSULTING, INC. and DOES 1 through 10,<br><br>Defendants. | Case No. 21-cv-1470-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[Doc. No. 13] |

On October 14, 2021, Plaintiff Penny A. Scott and Defendant Blackstone Consulting, Inc. filed a renewed joint motion to stay case. The Court previously denied the parties' joint motion, *see* Doc. No. 12, based upon Plaintiff's representation that she intended to file a motion to remand, *see* Doc. No. 7. According to the parties' renewed motion, Plaintiff no longer intends to proceed with a motion to remand to state court.

The parties seek to stay this case so they may participate in early mediation, which is currently scheduled for March 24, 2022. Having reviewed the joint motion, good cause appearing, the Court **GRANTS** the motion and **STAYS** this case. The Court

further **DIRECTS** the parties to file a joint status report on the progress or outcome of the mediation on or before **March 31, 2022**.

      **IT IS SO ORDERED**.

Dated:  October 15, 2021

*Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge