# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY A. SCOTT, *on behalf of herself and other similarly-situated employees*,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BLACKSTONE CONSULTING, INC. and DOES 1 through 10,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 21-cv-1470-MMA (KSC)<br><br>**ORDER GRANTING RENEWED JOINT MOTION TO STAY**<br><br>[Doc. No. 24] |

　　　On October 5, 2022, Plaintiff Penny A. Scott and Defendant Blackstone Consulting, Inc. filed a renewed joint motion to stay case.  The Court previously granted the parties' joint motion and directed them to file a joint status report on the progress or outcome of their mediation efforts on or before October 14, 2022.  Doc. No. 19.  According to the joint motion, the mediation has been rescheduled to December 1, 2022.  Doc. No. 24 at 3.

　　　　　　　　　　　　　　　　　* * *

1	Upon due consideration, good cause appearing, the Court **GRANTS** the motion
2	and further **STAYS** this case.  The Court **DIRECTS** the parties to file a joint status
3	report on the progress or outcome of the mediation on or before **January 3, 2023**.
4	     **IT IS SO ORDERED**.
5	Dated: October 5, 2022

HON. MICHAEL M. ANELLO
United States District Judge