**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Rosemary C. Khoury (SBN 331307)
rkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

Attorneys for Penny A. Scott
[Additional counsel listed on following page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY A. SCOTT, TIFFANY LOCKETT, TOCASHEMA WILLIAMS, AHMIR RINGO, KAWANA ANDERSON, on behalf of themselves and other aggrieved and similarly-situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKSTONE CONSULTING, INC., a California Corporation; and DOES 1 Through 10, inclusive,<br><br>Defendants. | CASE NO. 21CV1470 MMA (KSC)<br><br>**CLASS AND REPRESENTATIVE ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date:      December 11, 2023<br>Time:      2:30 p.m.<br>Dept.:     3C<br>Judge:     Michael M. Anello<br><br>Filed:         May 21, 2021<br>FAC Filed:  July 21, 2021<br>Removed:    August 18, 2021<br>SAC Filed:  May 17, 2023<br>Trial date:   Not set |

**DIVERSITY LAW GROUP, P.C.**
Larry W. Lee (SBN 228175)
lwlee@diversitylaw.com
Max W. Gavron (SBN 291697)
mgavron@diversitylaw.com
Kwanporn "Mai" Tulyathan (SBN 316704)
ktulyathan@diversitylaw.com
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone: (213) 488-6555/Facsimile: (213) 488-6554

**POLARIS LAW GROUP**
William L. Marder (SBN 170131)
bill@polarislawgroup.com
501 San Benito Street, Suite 200
Hollister, CA 95023
Telephone: (831) 531-4214/Facsimile: (831) 634-0333

Attorneys for Plaintiffs Tiffany Lockett and Tocashema Williams

**LAWYERS for J USTICE, PC**
Edwin Aiwazian (SBN 232943)
edwin@calljustice.com
Arby Aiwazian (SBN 269827)
arby@calljustice.com
Joanna Ghosh (SBN 272479)
joanna@calljustice.com
410 West Arden Avenue, Suite 203
Glendale, CA 91203
Telephone: (818) 265-1020/Facsimile: (818) 265-1021

Attorneys for Plaintiffs Ahmir Ringo and Kawana Anderson

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

PLEASE TAKE NOTICE that on December 11, 2023, at 2:30 p.m. or as soon as the matter may be heard, in Courtroom 3C of the above-captioned court, located at 221 West Broadway, San Diego, California 92101, the Honorable Michael M. Anello presiding, Plaintiffs Penny A. Scott, Tiffany Lockett, Tocashema Williams, Ahmir Ringo, and Kawana Anderson, on behalf of themselves and the provisionally certified class, will move this Court for an Order Granting Final Approval of Class Action Settlement and Entering Judgment.

This motion is based on this Notice of Motion, Memorandum of Points and Authorities in Support, Declaration of Veronica Olivares on behalf of the appointed administrator, CPT Group, Inc., Declarations of Class Counsel Isam C. Khoury on behalf of Cohelan Khoury & Singer, Max W. Gavron on behalf of Diversity Law Group, P.C., William L. Marder on behalf of Polaris Law Group, and Edwin Aiwazian on behalf of Lawyers for Justice, PC, Proposed Order, Class Action and PAGA Settlement Agreement (ECF No. 39-2, pp. 26-67), the Order Granting Motion for Preliminary Approval of Proposed Class Action Settlement (ECF No. 42), the other records and files in this case, and such other matters as may be properly presented at or before the hearing.

COHELAN KHOURY & SINGER

Dated: November 17, 2023

By: Rosemary C. Khoury
Isam C. Khoury
Michael D. Singer
Rosemary C. Khoury
Counsel for Plaintiff PENNY A. SCOTT

DIVERSITY LAW GROUP, P.C.
POLARIS LAW GROUP

Dated: November 17, 2023

By: s/Max W. Gavron
Larry W. Lee
Max W. Gavron
Kwanporn "Mai" Tulyathan
William L. Marder
Counsel for Plaintiffs TIFFANY LOCKETT

AND TOCASHEMA WILLIAMS

LAWYERS for JUSTICE, PC

Dated: November 17, 2023       By: s/ Edwin Aiwazian
                                    Edwin Aiwazian
                                    Arby Aiwazian
                                    Joanna Ghosh
                                    Counsel for Plaintiffs AHMIR RINGO AND
                                    KAWANA ANDERSON

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all signatories herein, and that I have obtained authorization to affix electronic signatures of all signatories to this document.

COHELAN KHOURY & SINGER

Dated: November 17, 2023       By: s/Rosemary C. Khoury
                                    Isam C. Khoury
                                    Michael D. Singer
                                    Rosemary C. Khoury
                                    Counsel for Plaintiff PENNY A. SCOTT