

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | |
| | Civil Action No. 21cv01470-MMA-KSC |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Plaintiffs' motion for final approval of the class settlement.

The Court CERTIFIES the Settlement Class for the purposes of the Settlement. The Court APPROVES the Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e). The Court ORDERS the parties to undertake the obligations set forth in the Settlement Agreement that arise out of this Order.

The Court AWARDS attorneys' fees to Class Counsel in the amount of $333,333.33 and costs in the amount of $15,204.08.

The Court AWARDS to the Settlement Administrator CPT Group Inc. administration costs in the amount of $14,750.

The Court further AWARDS to Plaintiffs an incentive payment for work performed as the class representatives in the amount of $5,000 each.

A separate judgment of dismissal will be entered in accordance herewith, see Fed. R. Civ. P. 58(a), and close the case.

Without affecting the finality of this Order, the Court maintains jurisdiction over this matter for purpose of enforcing the Judgment.

| | |
|---|---|
| **Date:** 1/24/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ A. Santiago |
| | A. Santiago, Deputy |

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 21cv01470-MMA-KSC

Plaintiffs:

Penny A. Scott, on behalf of herself and other aggrieved and similarly-situated employees; Tiffany Lockett; Tocashema Williams; Kawana Anderson; Ahmir Ringo

v.

Defendant:

Blackstone Consulting, Inc., a California Corporation